UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**RICHARD DEPALMA,**

                **Plaintiff,**

vs.                                             **Case No.: 14-cv-817-jdp**

**CAROLYN COLVIN,**
      **Commissioner of Social Security,**

                **Defendant.**

## NOTICE OF APPEAL

    *Notice is hereby given* that Richard DePalma, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated November 25, 2015 and the judgment dated November 25, 2015 by Federal District Judge James Peterson which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

    Dated this 24th day of January, 2016.

                                                      **DUNCAN DISABILITY LAW, S.C.**
                                                      Attorneys for the Plaintiff

                                                      /s/ Dana W. Duncan
                                                      _____
                                                      Dana W. Duncan
                                                      State Bar I.D. No. 01008917
                                                      3930 8th Street South, Suite 201
                                                      Wisconsin Rapids, WI 54494
                                                      (715) 423-4000