IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD DEPALMA,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,

    Defendant.

Civ. No. 14-cv-817
Judge Peterson

## ORDER

This matter coming before the court on Defendant's unopposed motion, and the court being fully informed, it is hereby:

ORDERED that Defendant's unopposed motion for relief from a judgment pursuant to Federal Rule of Civil Procedure 60(b) is granted. This case is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, an administrative law judge will: (1) re-evaluate the claimant's allegations of symptoms and limitations, considering the reasons for his noncompliance with the prescribed treatment, pursuant to Social Security Ruling 16-3p; (2) evaluate the severity of the claimant's obesity and its effects, following the guidance of Social

Security Ruling 02-1p; and (3) further evaluate the opinion of Dr. Mullen and consider recontacting him to seek any needed clarification.

Dated: ~~June~~ AUGUST 6, 2016

_____
Honorable James D. Peterson
United States District Judge